■ In the Matter of ANTON POLIDORI, Petitioner, v DONALD SELSKY, as Director of Special Housing/Inmate Disciplinary Program of New York State Department of Correctional Services, Respondent. [782 NYS2d 223]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Orleans County [James P. Punch, A.J.], entered March 19, 2004) to review a determination of respondent. The determination found after a Tier III hearing that petitioner had violated an inmate rule.

It is hereby ordered that said proceeding be and the same hereby is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996 [1996]). Present— Green, J.P., Kehoe, Martoche and Hayes, JJ.